IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

GEORGE WASHINGTON           :
                            :
    v.                      :    Civil Action No. DKC 17-3311
                            :
COASTAL INTERNATIONAL SECURITY,
INC.                        :

**MEMORANDUM OPINION & ORDER**

On April 24, 2018, the court found that Plaintiff's complaint was barred by *res judicata*. Plaintiff's complaint was dismissed, but, out of an abundance of caution, Plaintiff was provided until May 15 to file an amended complaint setting forth facts to support a separate cause of action for failure to hire. (ECF No. 23). On May 24, when Plaintiff had still not filed an amended complaint, the court entered an order closing his case. (ECF No. 24).

Unbeknownst to the Court, on the same day, Plaintiff filed a document entitled "AMENDED." (ECF No. 26). The document was received by the Clerk in Baltimore approximately an hour prior to the docketing of the dismissal order, but was not placed on the court's docket until later, after the dismissal order, because it was forwarded to the courthouse in Greenbelt for docketing. Despite the late filing, the court will consider whether the amended complaint can proceed.

As the court previously explained, any allegations related to Plaintiff's 2013 termination by Defendant and the effects of that termination are barred by *res judicata* as that was the subject of a prior suit between Plaintiff and Defendant. Plaintiff was granted leave to file an amended complaint to identify any more recent acts that Defendant had taken against him which were unrelated to his previous termination. (ECF No. 23, at 5-6). Plaintiff's amended complaint identifies no such acts, and, instead, merely contains conclusory terms. Plaintiff has not provided sufficient factual allegations to support a cause of action.

Accordingly, Plaintiff's amended complaint BE, and the same hereby IS, DISMISSED.

July 12, 2018                                              /s/
                                           DEBORAH K. CHASANOW
                                           United States District Judge